No. 363. LOUISVILLE *v*. THE BANK OF COMMERCE. Appeal from the Circuit Court of the United States for the District of Kentucky. MR. JUSTICE PECKHAM. In the above case the same question is involved that has just been determined in No. 362, and there will be a like order reversing the judgment and remanding the case to the Circuit Court with directions to dismiss the bill.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissented.